[No. 30712-6-I.   Division One.   March 29, 1993.]

THE STATE OF WASHINGTON, *on the Relation of Derek Luis Brito Bugge, Petitioner*, EMILIA BRITO BUGGE, *Respondent*, v. ANTONIO DAVID TANEIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-5-05493-4, Charles W. Mertel, J., entered April 17, 1992. *Remanded with instructions* by unpublished per curiam opinion.

[No. 14341-1-II.   Division Two.   March 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. PERRY KENNETH KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-01764-3, Thomas A. Swayze, Jr., J., entered October 9, 1990. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Morgan, J.

[No. 16039-1-II.   Division Two.   March 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY JAY DURFLINGER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00659-5, James Warme, J., entered April 16, 1992. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Morgan and Seinfeld, JJ.